UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Evaristo Cortes<br><br>Plaintiff,<br><br>v.<br><br>Sirian Martinez Corado et al<br><br>Defendants. | Case No. CV 18-03544-AB (PJWx)<br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE<br><br>(PURSUANT TO LOCAL RULE 41) |

On August 8, 2018, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution (Dkt. No. 11). A written response to the Order to Show Cause was filed on August 14, 2018 (Dkt. No. 12). On August 17, 2017, the Court issued an Order re Plaintiff's Response, continuing the response deadline by 14 days (Dkt. No. 13). No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of

the Court, pursuant to Local Rule 41.

Dated: September 10, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE